FILED

2006 Jul-24  PM 04:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| WALTER EARL WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 2:05-cv-01741-IPJ-TMP |
| | ) | |
| DONAL CAMPBELL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on June 29, 2006, recommending

that this action be dismissed for failing to state a claim upon which relief can be granted, pursuant

to 28 U.S.C. § 1915A(b)(1).  No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including

the report and recommendation, the Court is of the opinion that the magistrate judge's report is due

to be and hereby is ADOPTED and the recommendation is ACCEPTED.  Accordingly, the

complaint is due to be dismissed for failing to state a claim upon which relief can be granted,

pursuant to 28 U.S.C. § 1915A(b)(1).  A Final Judgment will be entered.

DATED July 24, 2006.

INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE